UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sally Quinn  Plaintiff,  v.  Northstar Location Services, LLC  Defendant. | Case No. 14-cv-00936  JUDGE: Honorable Rebecca R. Pallmeyer  **NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:＿＿/s/ Jeffrey S. Hyslip＿＿
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL 60608

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 30, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:


Paul Gamboa, Esq.
Gordon & Rees, LLP
One North Franklin, Suite 800
Chicago, IL  60606
Counsel for:
Northstar Location Services, LLC                         /s/ Jeffrey S. Hyslip