## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Sally Quinn | Case No. 1:14-cv-00936 |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Northstar Location Services, LLC | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:     /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL  60608

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2014, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Paul Gamboa, Esq.
Gordon & Rees, LLP
One North Franklin, Suite 800
Chicago, IL  60606
Counsel for:
Northstar Location Services, LLC

/s/ Jeffrey Hyslip