# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sally Quinn

                               Plaintiff,

v.                                            Case No.: 1:14–cv–00936
                                                       Honorable Rebecca R. Pallmeyer

Northstar Location Services, LLC

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2014:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The above cause is voluntarily dismissed with prejudice. Status hearing set for 5/29/2014 is stricken. Civil case terminated. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.